# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL REDFORD, | : | Civil No. 3:19-cv-0555 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| Governor TOM WOLF, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 10th day of January, 2020, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Respondent's motion to dismiss (Doc. 3) is **GRANTED**. This action is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

4. Petitioner's remaining motions (Docs. 8, 10, 12, 13, 15) are **DISMISSED** for lack of jurisdiction.

Robert D. Mariani
United States District Judge